**IN THE UNITED STATES DISTRICT COURT**

**THE NORTHERN**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DARREN HEATHERLY and IRMA RAMIREZ,<br><br>         Plaintiffs,<br><br>    v.<br><br>BSR EATS, INC., dba EATS, and YIU-WUN CHAN, and LAI-PING CHAN, Trustees of the CHAN FAMILY TRUST, U.D.T. ("Under Declaration of Trust"), dated September 22, 2007,<br><br>         Defendants. | Case No. 14-cv-3368-LB<br><br>[~~PROPOSED~~] **ORDER**<br><br>[Civ. L.R. 7-11(a)] |

**[~~PROPOSED~~] ORDER**

Before the Court is the Joint Motion for Administrative Relief to Extend the Time to Conduct the Joint Site Inspection Pursuant to General Order ¶ 56. Having reviewed the motion, it is hereby **GRANTED**. The deadline to conduct the Joint Site Inspection is hereby extended from November 6, 2014, to November 19, 2014.

IT IS SO ORDERED.

Dated: November 5, 2014

_____
United States District Court Judge