1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   THOMAS E. FRANKOVICH,
2  *A PROFESSIONAL LAW CORPORATION*
   4328 Redwood Hwy., Suite 300
3  San Rafael, CA 94903
   Telephone:  (415) 674-8600
4  Facsimile:  (415) 674-9900

5  Attorney for Plaintiffs
   DAREN HEATHERLY
6  and IRMA RAMIREZ

7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10

11 DAREN HEATHERLY; and IRMA      )   CASE NO. 3:14-cv-03368-VC
   RAMIREZ,                       )
12                                )
          Plaintiffs,             )   STIPULATION and [PROPOSED]
13                                )   ORDER TO CONTINUE STATUS
   v.                             )   CONFERENCE
14                                )
                                  )
15 BSR EATS, INC., dba EATS; and YIU- )
   WUN CHAN and LAI-PING CHAN,    )
16 Trustees of the CHAN FAMILY TRUST, )
   U.D.T. ("Under Declaration of Trust"), )
17 dated September 22, 2007,      )
                                  )
18        Defendants.             )
19 _____)
                                  )
20

21

22        Plaintiffs DAREN HEATHERLY and IRMA RAMIREZ, and defendants BSR EATS,

23 INC., dba EATS; and YIU-WUN CHAN and LAI-PING CHAN, Trustees of the CHAN

24 FAMILY TRUST, U.D.T. ("Under Declaration of Trust"), dated September 22, 2007, by and

25 through their respective attorney of record, hereby stipulate to continue the Status Conference set

26 for February 3, 2015, at 10:00 a.m.

27 ///

28 ///

STIPULATION and [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE
CASE NO. 3:14-cv-03368-VC

1. **Whereas**, all defendants have been served with the summons and complaint, and defendants have answered the complaint; and

2. **Whereas**, the parties conducted the General Order 56 Joint Site Inspection on November 19, 2014, at the Eats Restaurant, located at 50 Clement Street, San Francisco, California; and

3. **Whereas**, on December 8, 2014, plaintiffs submitted their global demand to defendants. The parties have been actively engaging in settlement negotiations and are attempting to resolve the matter without having to participate in a mediation in order to reduce fees and costs. If settlement negotiations are unsuccessful, the parties will proceed with the mediation; and

4. **Whereas**, the parties believe it would be in the interests of efficiency and economy to continue the Status Conference to sometime after a mediation has been completed; and

5. **Whereas**, plaintiffs' counsel also has a mediation scheduled on February 3, 2015, in an unrelated case (*Daren Heatherly, et al. v. Le Petit Marchet, et al.* - Case No. CV-13-4498-JSC);

6. **Therefore**, the parties respectfully request that the Case Management Conference currently scheduled for February 3, 2015, at 10:00 a.m. be continued up to and including ninety (90) days, and/or to a date that is convenient to the Court.

**IT IS SO STIPULATED.**

///
///
///
///
///
///
///

| | |
|---|---|
| 1 | This stipulation may be executed in counterparts and have the same force and effect as though all signatures are on the same and/or consecutive pages. Photocopies and facsimile shall have the same force and effect as originals. |

1     This stipulation may be executed in counterparts and have the same force and effect as
2 though all signatures are on the same and/or consecutive pages. Photocopies and facsimile shall
3 have the same force and effect as originals.

Respectfully submitted,

Dated: January 26, 2015

THOMAS E. FRANKOVICH,
*A PROFESSIONAL LAW CORPORATION*

By: \_\_\_\_/s/Thomas E. Frankovich_____
        Thomas E. Frankovich
Attorney for Plaintiffs DAREN HEATHERLY
IRMA RAMIREZ

Dated: 1/26, 2015

DAVIS WRIGHT TREMAINE LLP

By: _____
    Jeffrey S. Bosley
    Janet L. Grumer
Attorneys for Defendant BSR EATS, INC., dba EATS

///
///
///
///
///
///
///

Dated: Jan. 26, 2015

RYUTARO HIROTA,
LAW OFFICES OF RYUTARO HIROTA

By: *Ryutaro Hirota*
Ryutaro Hirota, Esq.
Attorney for Defendants YIU-WUN CHAN and LAI-PING CHAN, Trustees of the CHAN FAMILY TRUST, U.D.T. ("Under Declaration of Trust"), dated September 22, 2007

[~~PROPOSED~~] ORDER

**IT IS SO ORDERED** that the Status Conference set for Tuesday, February 3, 2015, is vacated and/or continued to May 7, 2015, at 10:00 a.m./~~p.m.~~ The parties shall file a Joint Status Report by no later than seven (7) days prior to the Conference.

Dated: January 28, 2015

_____
Honorable Vince Chhabria
California United States District Judge